**AllCare Plus Pharmacy**

Return Mail Processing
PO Box 999
Suwanee, GA 30024

24 1 5972 **********************************SNGLP
SAMPLE A. SAMPLE - L01
APT ABC
123 ANY ST
ANYTOWN, US 12345-6789

March 13, 2023

**Re: Notice of Data Breach**

Dear Sample A. Sample:

We are writing to notify you of an incident involving AllCare Plus Pharmacy, Inc. ("AllCare"), and some of your personal information that has been provided to us for the use of our services. We deeply regret this incident that occurred despite our significant and ongoing investment in data security.

This letter will provide details about the incident, explains how we are prepared to assist you, and lets you know what steps we are taking to continue to protect your personal information.

**What Happened?**
Around June 21, 2022, AllCare learned that a number of phishing emails were circulated to certain AllCare employees. As soon as we became aware of the situation, we quickly and thoroughly conducted an investigation to understand how individuals were potentially impacted. This investigation determined that an unauthorized party had accessed certain email inboxes of AllCare employees which contained personal information. Further investigation determined that particular individuals had personal information included and potentially accessed in these mailboxes.

Please note that there is no evidence of any continuing unauthorized activity. Additionally, AllCare has not uncovered evidence that any personal information has been used for fraudulent or illicit purposes or has been made publicly available and continues to monitor the situation.

**What Information Was Involved?**
Information that could potentially have been accessed may include your name, address, date of birth, social security number, other identification numbers (such as your driver's license number), financial account information, and certain health information (such as health insurance information and information about your treatment and prescriptions).

**What We Are Doing**
Your trust is a top priority for AllCare, and we deeply regret the inconvenience this may cause. The privacy and protection of the personal information we maintain is a matter we take very seriously, and we have worked swiftly to resolve the incident. We are putting our full resources behind these efforts. We have conducted a thorough review of the potentially affected records and

are implementing additional security measures, internal controls, and safeguards, as well as making changes to our policies and procedures to prevent a similar occurrence in the future.

Additionally, to help protect your identity, we are providing 24 months of identity theft prevention and mitigation services from Experian, including credit monitoring at no cost to you.  To activate your membership and start monitoring your personal information please follow the steps below:

- Ensure that you **enroll by** ▮▮▮▮▮▮▮▮ (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/3bcredit
- Provide your **activation code**:  **ABCDEFGHI**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at ▮▮▮▮▮▮▮▮ by ▮▮▮▮▮▮▮▮. Be prepared to provide engagement number ▮▮▮▮▮ as proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 24 MONTH EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian, Equifax and Transunion files for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance**:** Provides coverage for certain costs and unauthorized electronic fund transfers.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

If you believe there was fraudulent use of your information and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent at ▮▮▮▮▮▮▮▮. If, after discussing your situation with an agent, it is determined that Identity Restoration support is needed, then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that this Identity Restoration support is available to you for 24 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration. You will also find self-help tips and information about identity protection at this site.

**What You Can Do**
To further protect your information, you can take steps to monitor your accounts, obtain your credit reports, or place a fraud alert or security freeze on your credit account. For information on each of these steps, please review **Attachment A**. Depending on your jurisdiction, you may also have additional rights available to you, which you can review in **Attachment B**.

**For More Information.**
On behalf of the entire AllCare team, we sincerely regret that this incident occurred. Should you have any questions, please reach out to Experian at ▮▮▮▮▮▮▮▮ or email AllCare at ▮▮▮▮▮▮▮▮▮▮▮▮

Sincerely,

▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮, AllCare Plus Pharmacy

**Attachment A: Additional Information on Protecting Your Information**

**Monitor Your Accounts**

We recommend that you regularly review statements from your accounts and periodically obtain your credit report from one or more of the national credit reporting companies. You may obtain a free copy of your credit report online at www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting one or more of the three national credit reporting agencies listed below.

| **Equifax®** | **Experian** | **TransUnion®** |
|---|---|---|
| P.O. Box 740241 | P.O. Box 9701 | P.O. Box 1000 |
| Atlanta, GA 30374-0241 | Allen, TX 75013-9701 | Chester, PA 19016-1000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-800-888-4213 |
| www.equifax.com | www.experian.com | www.transunion.com |

When you receive your credit reports, review them carefully. Look for accounts or creditor inquiries that you did not initiate or do not recognize. Look for information, such as home address and Social Security number that is not accurate. If you see anything you do not understand, call the credit reporting agency at the telephone number on the report.

**Credit Freeze**

You have the right to put a security freeze, also known as a credit freeze, on your credit file, so that no new credit can be opened in your name without the use of a Personal Identification Number (PIN) that is issued to you when you initiate a freeze. A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a credit freeze, potential creditors and other third parties will not be able to access your credit report unless you temporarily lift the freeze. Therefore, using a credit freeze may delay your ability to obtain credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. Should you wish to place a credit freeze, please contact all three major consumer reporting agencies listed below.

| **Equifax®** | **Experian** | **TransUnion®** |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 160 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Woodlyn, PA 19094-0160 |
| 1-888-378-4329 | 1-888-397-3742 | 1-888-916-8800 |
| www.equifax.com/personal/credit-report-services/credit-freeze/ | www.experian.com/freeze/center.html | www.transunion.com/credit-freeze |

You must separately place a credit freeze on your credit file at each credit reporting agency. The following information should be included when requesting a credit freeze:

1) Full name, with middle initial and any suffixes;
2) Social Security number;
3) Date of birth (month, day, and year);
4) Current address and previous addresses for the past five (5) years;
5) Proof of current address, such as a current utility bill or telephone bill;
6) Other personal information as required by the applicable credit reporting agency;

If you request a credit freeze online or by phone, then the credit reporting agencies have one (1) business day after receiving your request to place a credit freeze on your credit file report. If you request a lift of the credit freeze online or by phone, then the credit reporting agency must lift the freeze within one (1) hour. If you request a credit freeze or lift of a credit freeze by mail, then the credit agency must place or lift the credit freeze no later than three (3) business days after getting your request.

### Fraud Alerts

You also have the right to place an initial or extended fraud alert on your file at no cost. An initial fraud alert lasts 1-year and is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. Should you wish to place a fraud alert, please contact any one of the agencies listed below. The agency you contact will then contact the other two credit agencies.

| **Equifax®** | **Experian** | **TransUnion®** |
|---|---|---|
| P.O. Box 105069 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5069 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-888-378-4329 | 1-888-397-3742 | 1-800-916-8800 |
| www.equifax.com/personal/credit-report-services/credit-fraud-alerts/ | www.experian.com/fraud/center.html | www.transunion.com/fraud-alerts |

### Monitor Your Personal Health Information

If applicable to your situation, we recommend that you regularly review the explanation of benefits statement that you receive from your insurer. If you see any service that you believe you did not receive, please contact your insurer at the number on the statement. If you do not receive the regular explanation of benefits statements, contact your provider and request them to send such statements following the provision of services in your name or number.

You may want to order copies of your credit reports and check for any medical bills that you do not recognize. If you find anything suspicious, call the credit reporting agency at the phone number on the report. Keep a copy of this notice for your records in case of future problems with your medical records. You may also want to request a copy of your medical records from your provider, to serve as a baseline. If you are a California resident, we suggest that you visit the website of the California Office of Privacy Protection at www.privacy.ca.gov to find more information about your medical privacy.

### Additional Information

You can further educate yourself regarding identity theft and the steps you can take to protect yourself, by contacting your state Attorney General or the Federal Trade Commission. Instances of known or suspected identity theft should be reported to law enforcement, your Attorney General, and the FTC.

The Federal Trade Commission
600 Pennsylvania Avenue
NW Washington, DC 20580
1-877-ID-THEFT (1-877-438-4338)
TTY: 1-866-653-4261
www.ftc.gov/idtheft

**Attachment B: Additional State Law Information**

**For residents of the _District of Columbia, Iowa, Maryland, New York, North Carolina, Oregon and Rhode Island_**

You may contact your Attorney General for additional information about avoiding identity theft. If you are a Rhode Island resident, you may also file a police report by contacting local or state law enforcement agencies. You may use the following information to contact your attorney general:

| | | |
|---|---|---|
| Office of the Attorney General<br>Office of Consumer Protection<br>400 6th Street NW<br>Washington, DC 20001<br>(202) 442-9828<br>www.oag.dc.gov | Office of the Iowa<br>Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>(515) 281-5926 /<br>(888) 777-4590<br>www.iowaattorneygeneral.gov | Maryland Office of<br>the Attorney General<br>Consumer Protection Division<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 528-8662<br>www.marylandattorneygeneral.gov |
| New York Attorney General<br>Consumer Frauds & Protection Bureau<br>120 Broadway, 3rd Floor<br>New York, NY 10271<br>(800) 771-7755<br>www.ag.ny.gov | New York Department of State<br>Division of Consumer Protection<br>99 Washington Avenue<br>Suite 650<br>Albany, New York 12231<br>(800) 697-1220<br>www.dos.ny.gov | North Carolina<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>(919) 716-6000<br>www.ncdoj.gov |
| Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>(877) 877-9392<br>www.doj.state.or.us | Rhode Island Office of<br>the Attorney General<br>Consumer Protection Division<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>www.riag.ri.gov | |

**For residents of _Massachusetts_:** Under Massachusetts law, you have the right to obtain any police report filed in connection to the incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it.

**For residents of _New Mexico_:** You have rights under the federal Fair Credit Reporting Act (FCRA). These include, among others, the right to know what is in your file; to dispute incomplete or inaccurate information; and to have consumer reporting agencies correct or delete inaccurate, incomplete, or unverifiable information. For more information about the FCRA, please visit https://files.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf or www.ftc.gov.